

# MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

**Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Carroll, Charles W.                                              Docket Number: 07 CR 539

Sentencing Judge: Honorable Stephen C. Robinson, U.S. District Judge

Date of Original Sentence:   July 13, 2007

Original Offense:   Driving Under the Influence of Alcohol (Title 36, Code of Federal Regulations, Section 4.23(a)(1)

Original Sentence:   Two (2) Years Probation

Type of Supervision:   Probation                Date Supervision Commenced:   February 27, 2006

---

### PETITIONING THE COURT TO ISSUE A SUMMONS

The offender has not complied with the following condition(s) of supervision:

Violation
 Number    Nature of Noncompliance

1    ON OR ABOUT OCTOBER 27, 2006, JULY 7, 2007, AND JULY 8, 2007, THE PROBATIONER USED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. MANDATED CONDITION, GRADE C VIOLATION.

2    ON OR ABOUT JULY 8, 2007, THE PROBATIONER CONSUMED ALCOHOL. SPECIAL CONDITION, GRADE C VIOLATION.

3    ON OR ABOUT JULY 8, 2007, IN THE CITY OF YONKERS, NEW YORK, THE PROBATIONER COMMITTED A STATE CRIME, DRIVING WHILE INTOXICATED, IN VIOLATION OF NEW YORK STATE VEHICLE AND TRAFFIC LAW 1192 (3) A CLASS A MISDEMEANOR, IN THAT THE PROBATIONER OPERATED A MOTOR VEHICLE IN AN INTOXICATED CONDITION. MANDATED CONDITION GRADE C VIOLATION.

(Rev. eVOP 1/25/07)

4   ON OR ABOUT JULY 8, 2007, IN THE CITY OF YONKERS, NEW YORK, THE PROBATIONER COMMITTED A STATE CRIME, DRIVING WHILE ABILITY IMPAIRED BY THE COMBINED INFLUENCE OF DRUGS AND ALCOHOL IN VIOLATION OF NEW YORK STATE VEHICLE AND TRAFFIC LAW 1192 (4-A) A CLASS A MISDEMEANOR, IN THAT THE PROBATIONER OPERATED A MOTOR VEHICLE WHILE IMPAIRED BY THE COMBINED INFLUENCE OF DRUGS AND ALCOHOL. MANDATED CONDITION, GRADE C VIOLATION.

5   ON OR AFTER JULY 8, 2007, THE PROBATIONER FAILED TO NOTIFY THE U.S. PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED BY A LAW ENFORCEMENT OFFICER. STANDARD CONDITION # 11, GRADE C VIOLATION.

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Joseph J. Lombardo
U.S. Probation Officer
914-390-4047

Approved By:

_____ 7/30/07
Edward W. Johnson    Date
Supervising U.S. Probation Officer

(Rev. eVOP 1/25/07)

Carroll, Charles W.
07 CR 539



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*Judicial Response*

THE COURT ORDERS:

[√]  The Issuance of a Summons
   The Offender is directed to appear as follows:

   Date: September 18th, 2007
   Time: 12:00pm
   Place: Courtroom 621

[ ]  The Issuance of a Warrant
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Other

_____
Signature of Judicial Officer

August 26, 2007
_____
Date

(Rev. eVOP 1/25/07)